United States Bankruptcy Court for the:

**Central** _____ District of **California** _____
(State)

Case number (*If known*): _____ Chapter **7**

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | BMM Holdings, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 471846395__ __ __ __ ___ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9923   Santa Monica<br>Number        Street | 10600   Wilshire Blvd<br>Number        Street<br><br>Apt 411<br>P.O. Box |
| Beverly Hills        CA        90212<br>City                State        ZIP Code | Los Angeles        CA        90024<br>City                State        ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br><br>City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

| Debtor | BMM Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5321 ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    BMM Holdings, LLC
_____
Name

Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    Bobby Asadi    Relationship    Member/Manager

District    Los Angeles Division    When    10/12/2021
MM / DD / YYYY

Case number, if known    2:21-bk-17871-WB

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                                State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

| Debtor | BMM Holdings, LLC | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 14 / 21
MM / DD / YYYY

✗ _Asadi_                                    Bobby Asadi
Signature of authorized representative of debtor        Printed name

Title  Chief Executive Officer

---

| Debtor | BMM Holdings, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

**18. Signature of attorney**   ✗ _____   Date  10-14-2021

Signature of attorney for debtor        MM   / DD / YYYY

Fari Bari Nejadpour, Esq.
Printed name

LA LAW INC., APC
Firm name

8383        Wilshire Blvd, Suite 630
Number     Street

Beverly Hills                                    CA          90211
City                                             State       ZIP Code

(310) 954-9595                                   admin@lalawinc.com
Contact phone                                    Email address

216925                                           CA
Bar number                                       State

---

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Fari Bri Nejadpour, Esq. (SBN216925)
LA LAW INC., APC
8383 Wilshire Blvd, Suite 630
Beverly Hills, CA 90211
PH: (310) 954-9595
FX: (800) 760-1107
admin@lalawinc.com

FOR COURT USE ONLY

☒ *Attorney for:* BMM Holdings, LLC.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

BMM Holdings, LLC.

Debtor(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER: 7

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO  FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

Defendant(s).

[No hearing]

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Bobby Asadi _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

      ☒   I am the president or other officer or an authorized agent of the Debtor corporation

      ☐   I am a party to an adversary proceeding

      ☐   I am a party to a contested matter

      ☐   I am the attorney for the Debtor corporation

2.a.   ☒   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      Mehdi Movaghar   40%

      [For additional names, attach an addendum to this form.]

b.   ☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _10/14/21_

By: _Bobby Asadi, CEO_
    Signature of Debtor, or attorney for Debtor

Name: _BMM Holdings, LLC, Debtor_
    Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 1007-4.CORP.OWNERSHIP.STMT**

## CORPORATE RESOLUTION OF BMM HOLDINGS, LLC.

WHEREAS, BMM Holdings, LLC. is insolvent and unable to pay its debts as they

mature, and WHEREAS, it would be in the best interests of creditors for BMM Holdings, LLC.

to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED, that BMM Holdings, LLC. filed as soon as practicable a bankruptcy in

accordance with Chapter 7 of the Bankruptcy Code. The undersigned hereby certifies that he is

the duly elected and qualified Secretary and the custodian of the books and records and seal of

BMM Holdings, LLC., a Limited Liability Company duly formed pursuant to the laws of the

state of California and that the foregoing is a true record of a resolution duly adopted at a

meeting of the officers of BMM Holdings, LLC. and that said meeting was held in accordance

with state law and the Bylaws of the above-named Limited Liability Corporation on September

15, 2021, and that said resolution is now in full force and effect without modification or

rescission.

IN WITNESS WHEREOF, I have executed my name as Chief Executive Officer and of

the above-named Limited Liability Company this 14 day of October, 2021.

_____
Signature of CEO

_____Bobby Asadi_____
Printed name of CEO

The officers of this corporation are authorized to perform the acts to carry out this Limited

Liability Company resolution.

_____
Director Signature

_____Bobby Asadi_____
Printed name

_10/14/21_____
Date

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)
    Case Name: Boby Asadi; Case # 2:21-bk-17871,-WB; Case filed on 10/12/2021; Honorable: Judge Julian Brand -
    Los Angeles Division; Case status: Pending.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Beverly Hills_____, California

Date: _10/14/21_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name __BMM Holdings, LLC__

United States Bankruptcy Court for the: __Central__      District of __California__
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ _____0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................ $ _____0.00

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................... $ _____14,708.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................... + $ _____841,431.00

4. **Total liabilities**....................................................................................................
   Lines 2 + 3a + 3b      $ _____856,139.00

**Fill in this information to identify the case:**

Debtor name  BMM Holdings, LLC

United States Bankruptcy Court for the: Central _____ District of California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. **Cash on hand**                                                                        $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____

4.2. _____  $_____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $        0.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____  $_____

7.2. _____  $_____

Debtor  BMM Holdings, LLC
        Name
Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                           $_____0.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ........➔   $_____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ........➔   $_____
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____0.00

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1._____   _____%   $_____

15.2._____   _____%   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                         $_____0.00

---

Debtor    BMM Holdings, LLC
_____
Name

Case number (if known)_____

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**    ✓
Add lines 19 through 22. Copy the total to line 84.    $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  BMM Holdings, LLC
_____  Case number _(if known)_ _____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------|-----------------------------------------|-----------------------------------|
| **39. Office furniture** | | | |
| | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ _____ | _____ | $ _____ |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    BMM Holdings, LLC
_____    Case number (if known)_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  BMM Holdings, LLC
_____
       Name

Case number (if known)_____

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

---

Debtor    BMM Holdings, LLC
Name

Case number (if known)

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

    _____    _____ – _____ = → $ _____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    $ _____
    _____    Tax year _____    $ _____
    _____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    $ _____

    Nature of claim    _____
    Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    $ _____

    Nature of claim    _____
    Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

    $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____    $ _____
    _____    $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    $ _____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    BMM Holdings, LLC
Name

Case number *(if known)*_____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $_____0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $_____0.00 | + 91b. $_____0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................    $_____0.00

**Fill in this information to identify the case:**

Debtor name  BMM Holdings, LLC

United States Bankruptcy Court for the:  Central _____ District of California
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

$ _____   $ _____

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____   $ _____

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BMM Holdings, LLC |
| United States Bankruptcy Court for the: | Central  District of  California (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

City of Beverly Hills
PO Box 515258
Los Angeles, CA 90051

As of the petition filing date, the claim is: $ **106.00**    $ **106.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/08/2019

Basis for the claim:
city tax/parking violation

Last 4 digits of account number    0020

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

**2.2**  Priority creditor's name and mailing address

City of Santa Monica
PO Box 515214
Los Angeles, CA 90051

As of the petition filing date, the claim is: $ **50.00**    $ **50.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
01/21/2020

Basis for the claim:
parking violation

Last 4 digits of account number    3754

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

**2.3**  Priority creditor's name and mailing address

Department of Treasury
IRS Stop 6525 (SP CIS)
Kansas City, MO 64999

As of the petition filing date, the claim is: $ **4,241.00**    $ **4,241.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/2020

Basis for the claim:
Federal Taxes

Last 4 digits of account number    1933

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

Debtor    BMM Holdings, LLC
Name

Case number (if known)

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

---

**2.4** | Priority creditor's name and mailing address

$ 1,390.00          $ 1,390.00

Department of Treasury
IRS
PO Box 9019
Holtsville, NY 11742

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/2018

Basis for the claim:
Federal Taxes

Last 4 digits of account
number    1933 ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.5** | Priority creditor's name and mailing address

$ 1,279.00          $ 1,279.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account
number    3109 ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.6** | Priority creditor's name and mailing address

$ 535.00          535.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account
number    3309 ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.7** | Priority creditor's name and mailing address

$ 599.00          599.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account
number    4962 ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

Debtor    BMW Holdings, LLC                                                    Case number *(if known)*_____
         Name

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address          $    1,335.00    $    1,335.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/2018

Basis for the claim:
vehicle renewal fees

Last 4 digits of account number    0760

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.9** Priority creditor's name and mailing address          $      658.00    $      658.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account number    0172

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.10** Priority creditor's name and mailing address          $      618.00    $      618.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account number    1440

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.11** Priority creditor's name and mailing address          $    1,033.00    $    1,033.00

DMV Renewal
PO Box 942894
Sacramento, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
December 2019

Basis for the claim:
vehicle renewal fees

Last 4 digits of account number    8532

Is the claim subject to offset?
☐ No
☑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

Debtor _BMM Holdings, LLC_____    Case number (if known)_____
      Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                        Total claim           Priority amount

---

**2.12**  Priority creditor's name and mailing address          $ 145.00    $ 145.00

                        **As of the petition filing date, the claim is:**
                        *Check all that apply.*

LDC Collection Systems       ☐ Contingent
PO Box 515257            ☐ Unliquidated
Los Angeles, CA 90051      ☐ Disputed

Date or dates debt was incurred     **Basis for the claim:**
11/04/2019               collection parking violation

Last 4 digits of account      **Is the claim subject to offset?**
number  4253 __ __ __     ☒ No
                               ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.13**  Priority creditor's name and mailing address          $ 79.00    $ 79.00

                        **As of the petition filing date, the claim is:**
                        *Check all that apply.*

LDC Collection Systems       ☐ Contingent
PO Box 515257            ☐ Unliquidated
Los Angeles, CA 90051      ☐ Disputed

Date or dates debt was incurred     **Basis for the claim:**
11/04/2019               collection parking violation

Last 4 digits of account      **Is the claim subject to offset?**
number  4264 __ __ __     ☒ No
                               ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.14**  Priority creditor's name and mailing address          $ 145.00    $ 145.00

LDC Collection Systems       **As of the petition filing date, the claim is:**
PO Box 515257            *Check all that apply.*
Los Angeles, CA 90051      ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

Date or dates debt was incurred     **Basis for the claim:**
10/29/2019               collection parking violation

Last 4 digits of account      **Is the claim subject to offset?**
number  1275 __ __ __     ☒ No
Specify Code subsection of PRIORITY unsecured  ☐ Yes
claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

**2.15**  Priority creditor's name and mailing address          $ 79.00    $ 79.00

                        **As of the petition filing date, the claim is:**
                        *Check all that apply.*

LDC Collection Systems       ☐ Contingent
PO Box 515257            ☐ Unliquidated
Los Angeles, CA 90051      ☐ Disputed

Date or dates debt was incurred     **Basis for the claim:**
08/23/2019               collection parking violation

Last 4 digits of account      **Is the claim subject to offset?**
number  2481 __ __ __     ☐ No
                               ☒ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 ) (iii)

---

Debtor  BMM Holdings, LLC _____  Case number _(if known)_ _____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ 187.00    $ 187.00
*Check all that apply.*

LDC Collection Systems
PO Box 515257
Los Angeles, CA 90051

❏ Contingent
❏ Unliquidated
❏ Disputed

Date or dates debt was incurred
10/05/2019

Basis for the claim:
collection parking violation

Last 4 digits of account
number   0816 __ __ __

Is the claim subject to offset?
☑ No
❏ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.17** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ 658.00    $ 658.00
*Check all that apply.*

Los Angeles Tax Collector
255 North Hill Street
Los Angeles, CA 90012

❏ Contingent
❏ Unliquidated
❏ Disputed

Date or dates debt was incurred
11/23/2019

Basis for the claim:
city taxes

Last 4 digits of account
number   5116 __ __ __

Is the claim subject to offset?
☑ No
❏ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.18** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ 56.00    56.00
*Check all that apply.*

Metro Expresslanes
500 W 190th Street
Gardena, CA 90248

❏ Contingent
❏ Unliquidated
❏ Disputed

Date or dates debt was incurred
10/05/2019

Basis for the claim:
traffic violations

Last 4 digits of account
number   2895 __ __ __

Is the claim subject to offset?
☑ No
❏ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

---

**2.19** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ 56.00    $ 56.00
*Check all that apply.*

Metro Expresslanes
500 W 190th Street
Gardena, CA 90248

❏ Contingent
❏ Unliquidated
❏ Disputed

Date or dates debt was incurred
06/20/2019

Basis for the claim:
traffic violations

Last 4 digits of account
number   0380 __ __ __

Is the claim subject to offset?
☑ No
❏ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

Debtor   BMM Holdings, LLC
         Name

Case number *(if known)*_____

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

**2.20**   Priority creditor's name and mailing address

$              55.00      $            55.00

Metro Expresslanes
500 W 190th Street
Gardena, CA 90248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/23/2019

Basis for the claim:
traffic violations

Last 4 digits of account
number    7286

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

**2.21**   Priority creditor's name and mailing address

$             104.00      $           104.00

The Toll Roads
PO Box 57011
Irvine, CA 92619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/11/2020

Basis for the claim:
traffic violations

Last 4 digits of account
number    5451

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

**2.22**   Priority creditor's name and mailing address

$             104.00      $           104.00

The Toll Roads
PO Box 57011
Irvine, CA 92619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
01/11/2020

Basis for the claim:
traffic violations

Last 4 digits of account
number    9989

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

**2.23**   Priority creditor's name and mailing address

$             109.00      $           109.00

The Toll Roads
PO Box 57011
Irvine, CA 92619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/25/2019

Basis for the claim:
traffic violations

Last 4 digits of account
number    3963

Is the claim subject to offset?
☐ No
☑ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8) (iii)

Debtor ___BMM Holdings, LLC_____    Case number _(if known)_____
      Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |

### 2.24 Priority creditor's name and mailing address

$ 179.00     $ 179.00

The Toll Roads
PO Box 57011
Irvine, CA 92619

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
02/09/2020

**Basis for the claim:**
traffic violations

**Last 4 digits of account number** __4325__ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8) (iii )**

### 2.25 Priority creditor's name and mailing address

$ 108.00     $ 108.00

The Toll Roads
PO Box 57011
Irvine, CA 92619

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
10/17/2019

**Basis for the claim:**
traffic violations

**Last 4 digits of account number** __4365__ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8) (iii )**

### 2.__ Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

### 2.__ Priority creditor's name and mailing address

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor  BMM Holdings, LLC
Name                                                    Case number *(if known)*

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

PO Box 981540

El Paso, TX 79998

Date or dates debt was incurred   12/01/2018
Last 4 digits of account number   37113 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$   21,966.00

---

**3.2** Nonpriority creditor's name and mailing address

American Express

PO Box 981540

El Paso, TX 79998

Date or dates debt was incurred   12/01/2014
Last 4 digits of account number   2983 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$   14,877.00

---

**3.3** Nonpriority creditor's name and mailing address

AT&T

PO Box 15298

Dallas, TX 75002

Date or dates debt was incurred   07/22/2020
Last 4 digits of account number   9080 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  phone bill

Is the claim subject to offset?
☑ No
☐ Yes

$   175.00

---

**3.4** Nonpriority creditor's name and mailing address

Blue Shield of California

PO Bo 3008

Lodi, CA 95441

Date or dates debt was incurred   _____
Last 4 digits of account number   1455 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  medical bills

Is the claim subject to offset?
☑ No
☐ Yes

$   934.00

---

**3.5** Nonpriority creditor's name and mailing address

BMW Financial Services

PO Box 3608

Dublin, OH 43016

Date or dates debt was incurred   03/01/2015
Last 4 digits of account number   2666 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$   64,565.00

---

**3.6** Nonpriority creditor's name and mailing address

BMW Financial Services

PO Box 3608

Dublin, OH 43016

Date or dates debt was incurred   03/01/2018
Last 4 digits of account number   9246 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$   9,833.00

---

Debtor  BMM Holdings, LLC _____  Case number (if known) _____
        Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

Chrysler Capital

PO Box 961245

Fort Worth, TX 76161

Date or dates debt was incurred _____

Last 4 digits of account number   8472 _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$  9,285.00

---

**3.8** Nonpriority creditor's name and mailing address

Chrysler Capital

PO Box 961245

Fort Worth, TX 76161

Date or dates debt was incurred _____

Last 4 digits of account number   2293 _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$  20,800.00

---

**3.9** Nonpriority creditor's name and mailing address

Chrysler Capital

PO Box 961245

Fort Worth, TX 76161

Date or dates debt was incurred _____

Last 4 digits of account number   8513 _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$  39,307.00

---

**3.10** Nonpriority creditor's name and mailing address

Chrysler Capital

PO Box 961245

Fort Worth, TX 76161

Date or dates debt was incurred   07/01/2019

Last 4 digits of account number   1000 _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Is the claim subject to offset?
☑ No
☐ Yes

$  21,787.00

---

**3.11** Nonpriority creditor's name and mailing address

Creditors Bureau

757 L Street

Fresno, CA 93721

Date or dates debt was incurred   04/30/2019

Last 4 digits of account number   4430 _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?
☑ No
☐ Yes

$  49.00

Debtor    BMM Holdings, LLC
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

Credit Control LLC

PO Box 546

Santa Ana, CA 92706

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  BOA card 6400 collct

$ 22,694.00

Date or dates debt was incurred    10/01/2020

Last 4 digits of account number    4742 ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

Cyberset Corp

6300 Canoga Avenue
Suite 1130
Woodland Hills, CA 91367e

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

$ 11,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    1697 ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

GMI Insurance

PO Box 701

Valley Forge, PA 19482

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  insurance services

$ 3,395.00

Date or dates debt was incurred    2020

Last 4 digits of account number    0300 ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

Gulino Law Office

2107 North Broaway, Suite 306

Santa Ana, CA 92706

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  law suit

$ 59,320.00

Date or dates debt was incurred    05/12/2021

Last 4 digits of account number    9945 ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

JPMorgan Chase Bank

PO Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  auto finance

$ 4,505.00

Date or dates debt was incurred    03/01/2017

Last 4 digits of account number    0722 ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    BMM Holdings, LLC
Name    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.17** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank

PO Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  credit card

Date or dates debt was incurred    07/01/2016

Last 4 digits of account number    9326 _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    36,534.00

---

**3.18** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank

PO Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    03/01/2018

Last 4 digits of account number    1020 _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    58,899.00

---

**3.19** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank

PO Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    02/01/2018

Last 4 digits of account number    4325 _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    52,904.00

---

**3.20** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank

PO Box 15298

Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    04/01/2017

Last 4 digits of account number    0109 _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    25,113.00

---

**3.21** Nonpriority creditor's name and mailing address

LA LAW INC., APC

8383 Wilshire Blvd, Suite 630

Beverly Hills, CA 90211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  attorney's fees

Date or dates debt was incurred    03/01/2018

Last 4 digits of account number    4705 _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    40,000.00

---

Debtor  BMM Holdings, LLC
        Name                                                    Case number (if known)

---

**Part 2:**  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Mehdi Movaghar

13701 Marina Point Dr.,
Suite 318
Marina del Rey, CA 90292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim:  personal loan

Date or dates debt was incurred    02/01/2021
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 158,000.00

---

**3.23** Nonpriority creditor's name and mailing address

Mercedes-Benz Financial

PO Box 685

Roanoke, TX 76262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    03/08/2019
Last 4 digits of account number    0001 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 38,118.00

---

**3.24** Nonpriority creditor's name and mailing address

Mercedes-Benz Financial

PO Box 685

Roanoke, TX 76262

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    05/23/2019
Last 4 digits of account number    3001 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 28,098.00

---

**3.25** Nonpriority creditor's name and mailing address

Roll-Royce Financial Services

PO Box 3608

Dublin, OH 43016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  auto finance

Date or dates debt was incurred    09/24/2020
Last 4 digits of account number    2666 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 64,566.00

---

**3.26** Nonpriority creditor's name and mailing address

State Farm

PO Box 190128

Sioux Falla, SD 57117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  law suit

Date or dates debt was incurred    11/11/2020
Last 4 digits of account number    2923 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,091.00

---

Debtor  BMM Holdings, LLC
Name                                                                Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27** Nonpriority creditor's name and mailing address

The Beaumont Co.

541 North Larchmon Blvd
Los Angeles, CA 90004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 13,184.00

Basis for the claim:  office rent collection

Date or dates debt was incurred    11/01/2019
Last 4 digits of account number    9932 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Wells Fargo Bank

PO Box 5511

Sioux Falla, SD 57117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,842.00

Basis for the claim:  credit card

Date or dates debt was incurred    2020
Last 4 digits of account number    4963 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Wells Fargo Bank / Choice Checking

PO Box 6995

Portland, OR 97228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -600.00

Basis for the claim:  overdrawn fees

Date or dates debt was incurred    June 2020
Last 4 digits of account number    0534 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  BMM Holdings, LLC
        Name                                                    Case number (if known)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Aaaron N. Baldaro, Esq & Scott D. Dyle, Esq.<br>199 S. Los Robles, Suite 540<br>Pasadena, CA 91101 | Line **3.2**<br>☐ Not listed. Explain _____ | 2983 __ __ |
| **4.2.** Alternanvei Collections, LLC<br>65 Lawrence Bell Dr., Suite 101<br>Willamsville, NY 14221 | Line **3.24**<br>☐ Not listed. Explain _____ | 0001 __ __ |
| **4.3.** Altran Financial, LP<br>PO Box 4043<br>Concord, CA 94524 | Line **3.2**<br>☐ Not listed. Explain _____ | 2983 __ __ |
| **4.4.** First Advantage LLC<br>205 Bryan Woods South<br>Amherst, NY 14228 | Line **4.23**<br>☐ Not listed. Explain _____ | 3001 __ __ |
| **4.5.** First Advantage LLC<br>205 Bryan Woods South<br>Amherst, NY 14228 | Line **3.25**<br>☐ Not listed. Explain _____ | 2666 __ __ |
| **4.6.** Land Rover Financial Group<br>PO Box 901076<br>Fort Worth, TX 76101 | Line **3.20**<br>☐ Not listed. Explain _____ | 0109 __ __ |
| **4.7.** Nationwide Credit, Inc<br>PO Box 14581<br>Des Moines, IA 50306 | Line **3.1**<br>☐ Not listed. Explain _____ | 3713 __ __ |
| **4.8.** Northstar Location Solutions, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225 | Line **3.23**<br>☐ Not listed. Explain _____ | 3001 __ __ |
| **4.9.** Northstar Location Solutions, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225 | Line **3.6**<br>☐ Not listed. Explain _____ | 9246 __ __ |
| **4.10.** Northstar Location Solutions, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225 | Line **3.24**<br>☐ Not listed. Explain _____ | 0001 __ __ |
| **4.11.** Radius Global Solutions, LLC<br>7831 Glenroy Road, Suite 250-A<br>Minneapolis, MN 55439 | Line **3.6**<br>☐ Not listed. Explain _____ | 9246 __ __ |
| **4.12.** Reese Law Group<br>3168 Lionshead Avenue<br>Carlsbad, CA 92010 | Line **3.26**<br>☐ Not listed. Explain _____ | 2923 __ __ |

Debtor    BMM Holdings, LLC
_____    Case number (if known) _____
          Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ SRA Associates<br>112 West Park Dr., Suite 200<br>Mt. Laurel, NJ 08054 | Line  3.24<br>☐ Not listed. Explain _____ | 0001 __ __ |
| 4.__ Vital Recovery Services, LLC<br>PO Box 923748<br>Peachtree Corners, GA 30010 | Line  3.25<br>☐ Not listed. Explain _____ | 2666 __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____BMM Holdings, LLC_____
    Name

Case number _(if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 14,708.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 841,431.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 856,139.00 |

**Fill in this information to identify the case:**

Debtor name __BMM Holdings, LLC__

United States Bankruptcy Court for the: __Central__    District of __California__
(State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __BMM Holdings, LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ / _____ / City __State__ __ZIP Code__ | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  **BMM Holdings, LLC**

United States Bankruptcy Court for the: **Central**       District of **CA**
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/14/21**           **X** _____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                    Bobby Asadi
                    Printed name

                    Chief Executive Officer
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __BMM Holdings, LLC__

United States Bankruptcy Court for the: __Central_____ District of __CA____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply

Gross revenue
(before deductions and exclusions)

| | | | | |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other 0.00 | $_____ |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other 0.00 | $_____ |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other -117,708.00 | $_____ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

Description of sources of revenue

Gross revenue from each source
(before deductions and exclusions)

| | | | | |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor   **BMM Holdings, LLC**                                   Case number (if known)_____
_____
Name

| Part 2: | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | | | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City          State      ZIP Code | _____ | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | | | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City          State      ZIP Code | _____ | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor __BMM Holdings, LLC_____     Case number *(if known)*_____
　　　　　Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | BMW Financial<br>Creditor's name<br>PO Box 3608<br>Street<br><br>Dublin　　　　OH　43016<br>City　　　　State　ZIP Code | 2018 BMW 430 $9,833<br><br>2015 Roll-Royce Ghost $64,565 | 03/31/2020 | $ 74,398.0 |
| 5.2. | Chrysler Capital Financial<br>Creditor's name<br>PO Box 961212<br>Street<br><br>Fort Worth　　　TX　76161<br>City　　　　State　ZIP Code | 2015 Cadillac Escalade $21,787<br><br>2018 Ford Mustang $20,800<br><br>2020 Chevrolet Camaro $38,394 | 03/31/2020 | $ 80,981.0 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br><br>Street<br><br><br>City　　　State　ZIP Code | <br><br>Last 4 digits of account number: XXXX– __ __ __ __ | | $_____ |

**Part 3:　Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AMEX v Bobby Asidi, Et al<br><br>Case number<br>20CHLC25460 | Debt collection | Superior Court of the State of CA<br>Name<br>Chatsworth Courthouse<br>Street<br>9425 Penfield Avenue<br>Chatsworth, CA 91311<br>City　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | StateFarm v khalidAlsa et al<br><br>Case number<br>20STLC09411 | Personal Injury | Superior Court of the State of CA<br>Name<br>Stanley Mosk Courthouse<br>Street<br>111 North Hill Street<br>Los Angeles, CA 90012<br>City　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    **BMM Holdings, LLC** _____    Case number *(if known)*_____
      Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City   State   ZIP Code | | City   State   ZIP Code |
| | Date of order or assignment | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| BMM Holdrings, LLC went out of business due to the Covid-19 pandemic | None | March 2020 | $ 1,000,00 |

---

Debtor    BMM Holdings, LLC
      Name
      Case number (if known)_____

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | LA Law Inc. | Legal services and legal represen-<br>tation | 09/15/2021 | $ 6,900.00 |
| | **Address** | | | |
| | 8383 Wilshire Blvd,<br>Street<br>Suite 630<br>Beverly Hills, CA 90211<br>City            State        ZIP Code | | | |
| | **Email or website address**<br>admin@lalawinc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor  **BMM Holdings, LLC** _____  Case number (*if known*) _____
  Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | | |
| | _____ | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

Debtor  **BMM Holdings, LLC** _____   Case number (*if known*)_____
       Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| _____ City    State    ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| _____ City    State    ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

Debtor    **BMM Holdings, LLC**
_____
Name

Case number (if known)_____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank <br> Name <br> PO Box 6995 <br> Street <br><br> Portland, OR 97228 <br> City    State    ZIP Code | XXXX– _0534_ ___ ___ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | June 2020 | $ _-600.00_ |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | XXXX– ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  BMM Holdings, LLC                                              Case number (if known)_____
        Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City      State      ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City      State      ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

---

Debtor    BMM Holdings, LLC _____    Case number (if known)_____
        _Name_

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City     State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor  __BMM Holdings, LLC_____   Case number (if known)_____
       <sub>Name</sub>

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Changiz Farnejad | From __2015__ To __2020__ |
|     <sub>Name</sub> | |
|     Consolidated Financial Enterprise | |
|     <sub>Street</sub> | |
|     15689 Royal Ridge Road | |
|     Sherman Oaks, CA 91403 | |
|     <sub>City      State    ZIP Code</sub> | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
|     <sub>Name</sub> | |
|     <sub>Street</sub> | |
|     <sub>City      State    ZIP Code</sub> | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
|     <sub>Name</sub> | |
|     <sub>Street</sub> | |
|     <sub>City      State    ZIP Code</sub> | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
|     <sub>Name</sub> | |
|     <sub>Street</sub> | |
|     <sub>City      State    ZIP Code</sub> | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
|     <sub>Name</sub> | |
|     <sub>Street</sub> | |
|     <sub>City      State    ZIP Code</sub> | |

Debtor    BMM Holdings, LLC
          _____    Case number (if known)_____
          Name

|  | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.2. | Name | | | _____ |
|  | Street | | | _____ |
|  | _____ | | | _____ |
|  | City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address | | |
|---|---|---|---|
| 26d.1. | Name | | |
|  | Street | | |
|  | _____ | | |
|  | City | State | ZIP Code |

|  | Name and address | | |
|---|---|---|---|
| 26d.2. | Name | | |
|  | Street | | |
|  | _____ | | |
|  | City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name |
|  | Street |
|  | _____ |
|  | City    State    ZIP Code |

Debtor   **BMM Holdings, LLC**
_____   Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

      _____
      Street

      _____
      City                              State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bobby Asadi | 10600 Wilshire Blvd, Apt 411 | 60% | From 2014 To 2020 |
|  | Los Angeles, CA 90024 |  | From _____ To _____ |
| Mehdi Movaghar | 13701 Marina Point, Ste 318 | 40% | From 2014 To 2020 |
|  | Marina del Rey, CA 90292 |  | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |
| _____<br>Street |  | _____ |  |
| _____<br>City          State    ZIP Code |  | _____ |  |
| Relationship to debtor<br>_____ |  | _____ |  |

Debtor    **BMM Holdings, LLC**
_____    Case number (if known)_____
Name

Name and address of recipient

30.2
Name _____

Street _____

City _____ State _____ ZIP Code _____

Relationship to debtor
_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *10/14/21*
MM / DD / YYYY

✗ _____    Printed name *Bobby Asadi*
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Attachment for Statement of Financial Affairs Part 4

## 9. LEGAL ACTIONS

| Case title | Case Number | Nature of the Case | Court or Agency | Status of the Case |
|---|---|---|---|---|
| Saloomeh Moazed v. Bobby Asadi Et al | 18STFL04705 | Civil unlimited | Superior Court of CA Central Justice Center 700 Civic Center Dr. W Santa Ana, CA 92706 | Pending |

## Attachment for Statement of Financial Affairs Part 4

## 10. REPOSSESSIONS

| Creditor Name & Address | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| JPMorgan Chase Bank PO Box 901003 Fort Worth, TX 76101 | 2017 Maserati | March 2020 | $25,113 |
| | 2018 Maserati | March 2020 | $36,534 |
| | 2017 Range Rover Sport | March 2020 | $58,899 |
| | 2018 Range Rover Sport | March 2020 | $52,904 |
| Mercedes Financial PO Box 961 Roanoke, TX 76262 | 2018 Mercedes Benz S560 | March 2020 | $28,098 |
| | 2019 Mercedes Benz G550 | March 2020 | $38,118 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

In re

BMM Holdings, LLC

Case No. _____

**Debtor**

Chapter **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____ 6,900.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . .$_____ 6,900.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____ 0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

        Legal services do not include any legal representation in any adversary proceedings and any other contested bankruptcy matters.
The retainer agreement is based on an hourly basis. Parties have agreed attorney will charge $500 per hour plus cost and expenses.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

       Representation in any adversary proceedings and any other contested bankruptcy matters.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10 ~ 14-2021
*Date*

*Signature of Attorney*

**LA LAW INC., APC**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Fari Bri Nejadpour, Esq. (SBN216925)<br>LA LAW INC., APC<br>8383 Wilshire Blvd, Suite 630<br>Beverly Hills, CA 90211<br>PH: (310) 954-9595<br>FX: (800) 760-1107<br>admin@lalawinc.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>·   BMM Holdings, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  4  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _10/14/21_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _10-14-2021_

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

LA LAW INC, APC
Fari Bari Nejadpour, Esq.
8383 Wilshire Blvd, Ste 630
Beverly Hills, CA 90211

BMM Holdings, llC.
10600 Wilshire Blvd, #411
Los Angeles, CA 90024

Aaron N. Baldaro, Esq.
Scott D. Dyle, Esq.
199 S Los Robles, Suite 540
Pasadena, CA 91101

Alternative Collections, LLC
65 Lawrence Bell Drive, Suite 101
Williamville, NY 14221

Altran Financial, LP
PO Box 4043
Concord, CA 94524

American Express
PO Box 981540
El Paso, TX 79998

At&T
PO Box 15298
Dallas, TX 75002

Blue Shield of California
PO Box 3008
Lodi, CA 95241

BMW Financial Services
PO Box 3608
Dublin, OH 43016

City of  Beverly Hills
PO Box 515258
Los Angeles, CA 90051

City of Santa Monica
PO Box 515214
Los Angeles, CA 90051

Chrysler Capital
PO Boxc 961245
Foth Worth, TX 76161

1

Creditor Bureau
757 L Street
Fresno, CA 93721

Credit Control LLC
PO Box 546
Santa Ana, CA 92706

Cyberset Corp.
6300 Canoga Avenue,
Suite 1130
Woodland Hills, CA 91367

Department of Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City, MO 64999

Department of Treasury
Internal Revenue Service
PO Box 9019
Holtsville, NY 11742

DMV Renewal
PO Box 942894
Sacramento, CA 94294

Firstsource Advantage, LLC
205 Bryant Woods Sout
Amherst, NY 14228

GMI Insurance
PO Box 701
Valley Forge, PA 19482

Gulino Law Office
2107 N Broadway, Suite 306
Santa Ana, CA 92706

JPMorgan Chase Bank
PO Box 15298
Wilmington, DE 19850

Land Rover Financial Group
PO Box 901076
Fort Worth, TX 76101

LDC Collection Systems
PO Box 515257
Los Angeles, CA 90051

Los Angeles County Tax Collector
255 North Hill Street
Los Angeles, CA 90012

Nationwide Credit, Inc
PO Box 14581
Des Moines, IA 50306

Northstar Location Solutions, LLC
4285 Genesse Street
Cheektowaga, NY 14225

Mehdi Movaghar
13701 Marina Point Dr. Suite 318
Marina del Rey, CA 90292

Mercedes-Benz Financial Serives
PO Box 685
Roanoke, TX 76262

Metro Expresslanes
500 West 190th Street
Gardena, CA 90248

Radius Global Solutions, LLC
7831 Glenroy Road, Suite 250-A
Minneapolis, MN 55439

Reese Law Group
3168 Lionshead Avenue
Carlsbad, CA 92010

Roll-Royce Financial Services
PO Box 3608
Dublin, OH 43016

State Farms
PO Box 190128
Los Angeles, CA 90004

SRA Associates
112 W Park Dr. Suite 200
Mt. Laurel, NJ 08054

The Beaumont Co.
541 N Larchmont Blvd
Los Angeles, CA 90004

The Toll Roads
PO Box 57011
Irvine, CA 92619

3

Vital Recovery Services, LLC
PO Box 923748
Peachtree Corners, GA 30010

Wells Fargo Bank
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117

Wells Fargo Bank
PO Box 6995
Portland, OR 97228